Comptroller of the City of New York, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of MATTIE M. WISE, a Member of Rebecca Chapter No. 16, Improved Benevolent and Protective Order of Moose, Inc., Pursuant to the Provisions of Section 32 of the General Corporation Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIEGEL-SCOLA-TRENTO, INC., Appellant, v. 30 WAVERLY PLACE, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WESTON DODSON & Co., INC., Respondent, v. ANDREW W. MELLON, Director General of Railroads, as Agent under Section 206 of the Transportation Act of 1920* (New York, New Haven and Hartford Railroad), Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JAMES A. BEHA for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the NORTHERN INSURANCE COMPANY OF MOSCOW, RUSSIA.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAUL SCHULMAN, Respondent, v. CHARLES CORNMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of ELLA A. ROGERS, Deceased.— Decree affirmed, with costs. No opinion. Present — Merrell, McAvoy, O'Malley and Proskauer, JJ.

FRANK CAMPBELL, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Voluntary Intermediate Judicial Settlement of the Account of Proceedings of NATIONAL BANK OF COMMERCE IN NEW YORK and MAURICE LEON, as Surviving Executors, etc., of JOHN QUINN, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GREENBAUM, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Proskauer, JJ.

JAMES W HYDE, Appellant, v. ALEXANDER MANSKY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. MERCHANTS REFRIGERATING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.; McAvoy, J., dissents.

ESTHER M. STEIN, Respondent, v. FREDERICK W. SMYTHE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy,

* Now United States Code, tit. 49, § 74.— [REP.